UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ABREU FALETTE REYNALDO,
                     Plaintiff,

                -against-

KEVIN SUDZINA, et al.,
                     Defendants.
------------------------------------------------------------X

21 Civ. 3427 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for July 1, 2021;

WHEREAS, the parties consented to conduct all further proceedings before a United States Magistrate Judge. (Dkt. No. 6-1 ¶ 1); it is hereby

**ORDERED** that the July 1, 2021, initial pretrial conference is **cancelled**. It is further

**ORDERED** that by **June 30, 2021**, the parties shall complete and file the following consent form -- https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf -- which the Court will order.

Dated: June 25, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**